NUMBER 13-08-070-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG


_______________________________________________________

 

IN RE: VIVIANA SOSA, INDIVIDUALLY AND 

AS REPRESENTATIVE OF THE ESTATE OF DESTINY SOSA, 

A DECEASED CHILD AND JESSE SOSA

 _______________________________________________________


On Petition for Writ of Mandamus

_______________________________________________________


MEMORANDUM OPINION



Before Justices Rodriguez, Garza and Vela


Per Curiam Memorandum Opinion (1)



 Relators, Viviana Sosa, individually and as representative of the Estate of Destiny
Sosa, a deceased child, and Jesse Sosa, filed a petition for writ of mandamus in the above
cause on February 1, 2008. The Court, having examined and fully considered the petition
for writ of mandamus and its appendix/record is of the opinion that relators have not shown
themselves entitled to the relief sought. Accordingly, relators' petition for writ of mandamus
is denied. See Tex. R. App. P. 52.8(a).


 PER CURIAM


Memorandum Opinion delivered and filed

this 11th day of February, 2008.
1. See Tex. R. App. P. 52.8(d) ("When denying relief, the court may hand down an opinion but
is not required to do so."); Tex. R. App. P. 47.4 (distinguishing opinions and memorandum opinions).